UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THE TRUSTEES OF THE RHODE ISLAND CARPENTERS )
ANNUITY FUND, RHODE ISLAND CARPENTERS PENSION )
FUND, RHODE ISLAND CARPENTERS VACATION FUND, )
RHODE ISLAND CARPENTERS HEALTH FUND, )
RHODE ISLAND CARPENTERS APPRENTICESHIP )
TRAINING FUND )
    Plaintiffs, )
)
v. )    C.A. No. 17-00055-M-LDA
)
INTERNATIONAL BUILDING CORP., )
    Defendant. )
)

## JUDGMENT

McConnell, D.J.

    Defendant, International Building Corp., having failed to plead or otherwise defend in this action and default having been entered,

    Now, upon application of plaintiffs and a declaration demonstrating that: (a) defendant International Building Corp. owes plaintiffs the sum of $35,031.49; (b) defendant is not an infant or incompetent person or in the military service of the United States; and (c) plaintiffs have incurred costs in the sum of $1,095.00 it is hereby:

    ORDERED, ADJUDGED AND DECREED:

1.    That plaintiffs recover from defendant International Building Corp. the sum of $36,126.49 with interest as provided by law.

By the Court,

*Barbara Barletta*
Deputy Clerk

Dated: 12/29/17